UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

---

IN RE                                                                                  Case No. 22-02969 ESL

CARLOS MANUEL SANTOS SERRANO                                    Chapter 13
xxx-xx-4625

---

MOTION TO FILE AMENDED SCHEDULE "A/B"

TO THE HONORABLE COURT:

Come now, debtor, Carlos Manuel Santos , through his undersigned attorney and respectfully avers and prays:

1. Debtor is filing amended Schedule "A/B", dated December

2. A. The amended Schedule "A/B" is filed to correct information about debtor's claim against ex-spouse Irma Martinez for undivided movable property and cash in possession and in control of her which debtor does not control or has in his possession and in in full control of said Ms. Martinez which refuses to provide information about the wherebouts.

   B. To add, as personal property, 1) Fender Stratocaster guitar; 2) Taylor guitar; 3) Fender guitar amplifier.

   C. To include information about checking account at Banco Popular of the Dominican Republic at filing date: $18.00 in U.S. Funds.

WHEREFORE, Debtor moves this Honorable Court to take notice of Amended Schedule "A/B", dated December 22, 2022.

**NOTICE AND RESPONSE TIME
TO ALL CREDITORS AND PARTIES IN INTEREST**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerks office of the United States Bankruptcy Court for the District of Puerto

1

Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

CERTIFICATION OF NOTICE: That this motion is being send through CM/ECF which will notify through electronic mailing the following recipients:

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

ALEJANDRO OLIVERAS RIVERA (ENO) on behalf of Trustee ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

TERESA M LUBE CAPO on behalf of Creditor IRMA IVETTE MARTINEZ PEREZ lubeysoto@gmail.com, madelinesotopacheco@gmail.com;lubeysotoii@gmail.com

EDGAR ALBERTO VEGA RIVERA on behalf of Creditor BANCO POPULAR edvega@bppr.com, edgar.vega@popular.com

    In Bayamón, Puerto Rico, this December 28, 2022.

/s/ Anibal Medina Rios
USDCPR #125611
Attorney for debtor
Urb. Santa Cruz
C23 Calle Marginal
Bayamón, P.R. 00961-6706
Tel: (787)460-6364
Email:medinalaw@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 22-02969-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Wed Dec 28 17:56:36 AST 2022 | BANCO POPULAR<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | BMW Financial Services NA, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ANIBAL MEDINA RIOS<br>URB SANTA CRUZ<br>C-23 CALLE MARGINAL<br>BAYAMON PR 00961-6706 | ATTORNEY GENERAL USA<br>DEPT OF JUSTICE<br>MAIN BLDG 5111<br>10th AND PENNSYLVANIA AVE NW<br>WASHINGTO DC 20530-0001 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | BMW Financial Services Attn: Customer Accoun<br>5550 Britton Parkway<br>Hilliard, OH 43026-7456 |
| BMW Financial Services NA, LLC<br>c/o AIS Portfolio Services LLP<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118-7901 | CARLOS MANUEL SANTOS SERRANO<br>Urb Country Club<br>963 Calle Triguero<br>San Juan, PR 00924-3339 | CRIM<br>PO Box 195387<br>SAN JUAN PR 00919-5387 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>P.O. BOX 9024140<br>SAN JUAN, PR 00902-4140 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 | INTERNAL REVENUE SERVICE (IRS<br>CENTRALIZED INSOLVENCY OP<br>POST OFFICE BOX 7317<br>PHILADELPHIA PA 19101-7317 |
| IRMA I MARTINEZ PEREZ<br>PO BOX 1024<br>DORADO PR 00646-1024 | IRMA IVETTE MARTINEZ PEREZ<br>PO BOX 1024<br>DORADO, PR 00646-1024 | ISLAND FINANCE LLC<br>PO BOX BOX 71504<br>SAN JUAN PR 00939-0001 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LIGIA SANTOS TORRES<br>PO BOX 6251<br>CAGUAS PR 00726-6251 | PR DEPT OF TREASURY<br>BANKRUPTCY DIVISION 424-B OFFI<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| SECRETARIO HACIENDA PR<br>PO BOX 90241090<br>SAN JUAN PR 00902 | SECRETARIO JUSTICIA PR<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | TOYOTA CREDIT DE PR<br>PO BOX 9786<br>CEDARS RAPIDS IA 52409-0004 |
| Toyota Credit de Puerto Rico<br>PO Box 9013<br>Addison, Texas 75001-9013 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | ANIBAL MEDINA RIOS<br>ANIBAL MEDINA RIOS LAW OFFICE<br>C 23 CALLE MARGINAL<br>URB SANTA CRUZ<br>BAYAMON, PR 00961-6706 |

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


BMW FINANCIAL SERVICES
PO BOX 3608
DUBLIN OH 43016

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)BANCO POPULAR DOMINICANO
AVENIDA BOLIVAR #315
DISTRITO NACIONAL RD 10205

(u)CONSTRUCTORA EMPIRE SRL
CALLE MIGUEL ANGEL MONCLUS #1
MIRADOR NORTE
DISTRITO NACIONAL
SANTO DOMINGO, R.D. 1014

(d)CARLOS MANUEL SANTOS SERRANO
URB COUNTRY CLUB
963 CALLE TRIGUERO
SAN JUAN, PR 00924-3339


(d)IRMA IVETTE MARTINEZ PEREZ
PO BOX 1024
DORADO, PR 00646-1024

End of Label Matrix
Mailable recipients    30
Bypassed recipients     4
Total                  34

**Fill in this information to identify your case and this filing:**

Debtor 1  **CARLOS          MANUEL          SANTOS  SERRANO**
  First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known)  **22-02969 ESL**

☒ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property    12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No.  Go to Part 2.
   ☒ Yes.  Where is the property?

1.1.
**Cond. ELMARIO III, Apt. 6A**
**Calle Miguel Angel Monclus**
**Distrito Nacional**
**Santo Domingo, Republica Dominicana**

**Apartment 250 s.q. meters, 2 parkings**

**Santo Domingo**
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☒ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $200,000.00 | $200,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☒ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here........................................................ ➔ **$200,000.00**

Debtor 1  **CARLOS MANUEL SANTOS SERRANO**          Case number (if known) **22-02969 ESL**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☒ Yes

3.1.
Make: **Toyota**
Model: **Corolla**
Year: **2021**
Approximate mileage: **18,000**
Other information:
**2021 Toyota Corolla (approx. 18,000 miles)**

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$26,373.00**
Current value of the portion you own?   **$26,373.00**

3.2.
Make: **BMW**
Model: **X3**
Year: 
Approximate mileage:
Other information:
**BMW X3 - Debtor is surrendering the BMW X3. At present is in possession of debtor's ex-spouse Irma Iris Martinez. She is cosigner in the loan.**

Who has an interest in the property? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this is community property (see instructions)

Current value of the entire property?   **$0.00**
Current value of the portion you own?   **$0.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ............................................. ➔ **$26,373.00**

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe..... **See continuation page(s).**       **$3,100.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe..... **Computer - desktop**       **$500.00**

Official Form 106A/B                    Schedule A/B: Property                    page 2

Debtor 1   **CARLOS MANUEL SANTOS SERRANO**            Case number (if known) __22-02969 ESL__

**8. Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**                                        $2,050.00

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe.....   **Men's wearing apparel**                                            $1,000.00

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ☑ Yes. Describe.....   **Men's wristwatch**                                                  $0.00

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes. Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here............................................................................** ➔   **$6,650.00**

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes................................................................................................................ Cash: ..................   **$0.00**

Debtor 1 **CARLOS MANUEL SANTOS SERRANO** Case number (if known) **22-02969 ESL**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes............................ Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account at Banco Popular de Puerto Rico xxx-xx1102 Multicuenta Popular. Debtor receives direct deposit payments from Social Security Administration plus pension payments from Banco Santander. All Social Security payments are exempt except for the Santander Pension ($1,417).** | $1,417.00 |
| 17.2. | Checking account: | **Checking account at Banco Popular Republica Account number xxxxx6136 Dominicana. At filing date there was $998 Dominican Republic Dollars = $18.00** | $18.00 |
| 17.3. | Checking account: | **Checking account at Firstbank. Opened to receive direct deposit salary from Firstbank. New job.** | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them.......................... Name of entity: % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific information about them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☒ Yes. List each account separately. Type of account: Institution name:

Pension plan: **Pension plan - Santander Bank - It is not property for the estate since it is spendthrift account See Patterson v. Shumate 753 (1992) expanded the interpretation of what constitutes "applicable nonbankruptcy law". Simply if under State Law creditors could not attach debtor's fund, these funds qualify as an exclusion of the bankruptcy estate under 11 USC 542 (c) (2).** $0.00

Official Form 106A/B Schedule A/B: Property page 4

Debtor 1 **CARLOS MANUEL SANTOS SERRANO**     Case number (if known) __22-02969 ESL__

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes............................ Institution name or individual:

| | | |
|---|---|---|
| Electric: | Electric | $0.00 |
| Water: | Water | $0.00 |

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................
Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information
Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

Official Form 106A/B     Schedule A/B: Property     page 5

Debtor 1    **CARLOS MANUEL SANTOS  SERRANO**    Case number (if known)   **22-02969 ESL**

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value...............    Company name:    Beneficiary:    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☑ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim........    **Claim for division of undivided former community property in possession and exclusive control of debtor's ex-spouse, Irma Martinez. Debtor has requested division and surrender of his share after the former residence was sold by Ms. Martinez in Bankruptcy Case Chapter 19-00414 ESL Chapter 11. When said case was dismissed Ms. Martinez retained approx $85,348.19 from Homestead exemption, cash reserves, etc and refuses to give debtor information about its whereabouts. Debtor have no control of said amount nor of jewelry     retained by Ms. Martinez, gulf cart  sold and funds retained by Ms. Martinez. Ms. Martinez also, when obtained divorce retained for herself jewelry and household goods and furnishings. Ms. Martinez has refused to provide debtor information about the whereabouts of said assets. For that reasons, lack of control and information of present value of said items, debtor claim its value as unknown. Debtor will file judicial complaint for his interest in said good and will fund plan, when obtained.**    **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim........

35. **Any financial assets you did not already list**

    ☐ No
    ☑ Yes. Give specific information    **Amounts paid to debtor's brother, as payment toward acquisition of property located where debtors reside. This property belongs to brother by means of donation from their mother in 1998. The option's two year period had expired,**    **$0.00**

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here................................................................................................... ➔    **$1,435.00**

Official Form 106A/B    Schedule A/B: Property    page 6

Debtor 1 **CARLOS MANUEL SANTOS SERRANO** Case number (if known) __22-02969 ESL__

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

**41. Inventory**

☑ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity: _____ % of ownership: _____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  ☐ No
  ☐ Yes. Describe....

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................................................................ ➔ __$0.00__

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Debtor 1   **CARLOS MANUEL SANTOS  SERRANO**   Case number (if known)   **22-02969 ESL**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information...............

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information...............

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here.................................................................... ➔   **$0.00**

**Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.** Add the dollar value of all of your entries from Part 7.  Write that number here............................................ ➔   **$0.00**

Official Form 106A/B          Schedule A/B: Property          page 8

Debtor 1 **CARLOS MANUEL SANTOS SERRANO**     Case number (if known) **22-02969 ESL**

### Part 8: List the Totals of Each Part of this Form

**55.** Part 1: Total real estate, line 2....................................................................................................... ➔    **$200,000.00**

**56.** Part 2: Total vehicles, line 5     **$26,373.00**

**57.** Part 3: Total personal and household items, line 15     **$6,650.00**

**58.** Part 4: Total financial assets, line 36     **$1,435.00**

**59.** Part 5: Total business-related property, line 45     **$0.00**

**60.** Part 6: Total farm- and fishing-related property, line 52     **$0.00**

**61.** Part 7: Total other property not listed, line 54     + **$0.00**

**62.** **Total personal property.** Add lines 56 through 61.................. **$34,458.00**    Copy personal property total ➔ + **$34,458.00**

**63.** **Total of all property on Schedule A/B.** Add line 55 + line 62.................................................................... **$234,458.00**

Debtor 1 **CARLOS MANUEL SANTOS SERRANO**      Case number (if known) **22-02969 ESL**

**6.**    **Household goods and furnishings (details):**

| | |
|---|---:|
| Dining room set | $400.00 |
| Living room set | $400.00 |
| Master bedroom set | $600.00 |
| Refrigerator | $700.00 |
| TV LED | $400.00 |
| 2nd. bedroom set | $300.00 |
| 3rd. bedroom set | $300.00 |

**9.**    **Equipment for sports and hobbies (details):**

| | |
|---|---:|
| Fender Stratocaster electric guitar. Old. Presently at Dominican Republic. Sentimental value | $800.00 |
| Taylor guitar. Presently at the Dominican Republic. Old. | $800.00 |
| Fender guitar amplifier | $450.00 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

Case No. 22-02969 ESL

CARLOS MANUEL SANTOS SERRANO
xxx-xx-4625

Chapter 13

DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE "A/B

I declare under penalty of perjury that I have read the foregoing Amended Schedule "A/BI", dated December 21, 2022, consisting of 10 sheets, and they are true and correct to the best of my knowledge, information and belief.

Date: December 21, 2022              Signature: Carlos Manuel Santos Serrano