UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                                                                   Case No. 22-02969 ESL
CARLOS MANUEL SANTOS SERRANO
xxx-xx-4625                                                                         Chapter 13

MOTION TO FILE AMENDED SCHEDULE "122C-1"

TO THE HONORABLE COURT:

    Come now, debtor, Carlos Manuel Santos, through his undersigned attorney and respectfully avers and prays:

1.    Debtor is filing amended Schedule "122C-1", dated December 28, 2022.

    A.    The amended Schedule 122C-1 is filed to correct information about debtor's income from April through September 2022. Also to include non-filing

    WHEREFORE, Debtor moves this Honorable Court to take notice of Amended Schedule "122C-1, dated December 28, 2022.

## NOTICE AND RESPONSE TIME
## TO ALL CREDITORS AND PARTIES IN INTEREST

    Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerks office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

    CERTIFICATION OF NOTICE: That this motion is being send through CM/ECF which will notify through electronic mailing the following recipients:

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

ALEJANDRO OLIVERAS RIVERA (ENO) on behalf of Trustee ALEJANDRO

OLIVERAS RIVERA aorecf@ch13sju.com

TERESA M LUBE CAPO on behalf of Creditor IRMA IVETTE MARTINEZ PEREZ
lubeysoto@gmail.com, madelinesotopacheco@gmail.com;lubeysotoii@gmail.com

EDGAR ALBERTO VEGA RIVERA on behalf of Creditor BANCO POPULAR
edvega@bppr.com, edgar.vega@popular.com

    In Bayamón, Puerto Rico, this December 28, 2022.

                      /s/ Anibal Medina Rios
                       USDCPR #125611
                       Attorney for debtor
                       Urb. Santa Cruz
                       C23 Calle Marginal
                       Bayamón, P.R. 00961-6706
                      Tel: (787)460-6364
                       Email:medinalaw@gmail.com

```
Label Matrix for local noticing          BANCO POPULAR                            BMW Financial Services NA, LLC
0104-3                                    PO BOX 9023593                           4515 N Santa Fe Ave. Dept. APS
Case 22-02969-ESL13                       SAN JUAN, PR 00902-3593                  Oklahoma City, OK 73118-7901
District of Puerto Rico
Old San Juan
Wed Dec 28 23:17:01 AST 2022

US Bankruptcy Court District of P.R.      ANIBAL MEDINA RIOS                       ATTORNEY GENERAL USA
Jose V Toledo Fed Bldg & US Courthouse    URB SANTA CRUZ                           DEPT OF JUSTICE
300 Recinto Sur Street, Room 109          C-23 CALLE MARGINAL                      MAIN BLDG 5111
San Juan, PR 00901-1964                   BAYAMON PR 00961-6706                    10th AND PENNSYLVANIA AVE NW
                                                                                   WASHINGTO DC 20530-0001


BANCO POPULAR DE PUERTO RICO              (p)BMW FINANCIAL SERVICES                BMW Financial Services Attn: Customer Accoun
BANKRUPTCY DEPARTMENT                     CUSTOMER SERVICE CENTER                  5550 Britton Parkway
PO BOX 366818                             PO BOX 3608                              Hilliard, OH 43026-7456
SAN JUAN PR 00936-6818                    DUBLIN OH 43016-0306


BMW Financial Services NA, LLC            CARLOS MANUEL SANTOS SERRANO             CRIM
c/o AIS Portfolio Services LLP            Urb Country Club                         PO Box 195387
4515 N. Santa Fe Ave.                     963 Calle Triguero                       SAN JUAN PR 00919-5387
Oklahoma City, OK 73118-7901              San Juan, PR  00924-3339


DEPARTMENT OF TREASURY                    FIRST PREMIER BANK                       INTERNAL REVENUE SERVICE (IRS
BANKRUPTCY SECTION 424 B                  3820 N LOUISE AVE                        CENTRALIZED INSOLVENCY OP
P.O. BOX 9024140                          SIOUX FALLS SD 57107-0145                POST OFFICE BOX 7317
SAN JUAN, PR 00902-4140                                                            PHILADELPHIA PA 19101-7317


IRMA I MARTINEZ PEREZ                     IRMA IVETTE MARTINEZ PEREZ               ISLAND FINANCE LLC
PO BOX 1024                               PO BOX 1024                              PO BOX BOX 71504
DORADO PR 00646-1024                      DORADO, PR 00646-1024                    SAN JUAN PR 00939-0001


(p)JPMORGAN CHASE BANK  N A               JPMorgan Chase Bank, N.A.                (p)JEFFERSON CAPITAL SYSTEMS LLC
BANKRUPTCY MAIL INTAKE TEAM               s/b/m/t Chase Bank USA, N.A.             PO BOX 7999
700 KANSAS LANE FLOOR 01                  c/o Robertson, Anschutz, Schneid,        SAINT CLOUD MN 56302-7999
MONROE LA 71203-4774                      Crane & Partners, PLLC
                                          6409 Congress Avenue, Suite 100
                                          Boca Raton, FL 33487-2853

LIGIA SANTOS TORRES                       PR DEPT OF TREASURY                      Premier Bankcard, LLC
PO BOX 6251                               BANKRUPTCY DIVISION 424-B OFFI           Jefferson Capital Systems LLC Assignee
CAGUAS PR 00726-6251                      PO BOX 9024140                           Po Box 7999
                                          SAN JUAN PR 00902-4140                   Saint Cloud MN 56302-7999


SECRETARIO HACIENDA PR                    SECRETARIO JUSTICIA PR                   TOYOTA CREDIT DE PR
PO BOX 90241090                           PO BOX 9020192                           PO BOX 9786
SAN JUAN PR 00902                         SAN JUAN PR 00902-0192                   CEDARS RAPIDS IA 52409-0004


Toyota Credit de Puerto Rico              ALEJANDRO OLIVERAS RIVERA                ANIBAL MEDINA RIOS
PO Box 9013                               ALEJANDRO OLIVERAS CHAPTER 13 TRUS       ANIBAL MEDINA RIOS LAW OFFICE
Addison, Texas 75001-9013                 PO BOX 9024062                           C 23 CALLE MARGINAL
                                          SAN JUAN, PR 00902-4062                  URB SANTA CRUZ
                                                                                   BAYAMON, PR 00961-6706
```

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW FINANCIAL SERVICES
PO BOX 3608
DUBLIN OH 43016

JPMCB CARD SERVICES
PO BOX 15369
WILMINGTON DE 19850

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANCO POPULAR DOMINICANO
AVENIDA BOLIVAR #315
DISTRITO NACIONAL RD 10205

(u)CONSTRUCTORA EMPIRE SRL
CALLE MIGUEL ANGEL MONCLUS #1
MIRADOR NORTE
DISTRITO NACIONAL
SANTO DOMINGO, R.D. 1014

(d)CARLOS MANUEL SANTOS SERRANO
URB COUNTRY CLUB
963 CALLE TRIGUERO
SAN JUAN, PR 00924-3339

(d)IRMA IVETTE MARTINEZ PEREZ
PO BOX 1024
DORADO, PR 00646-1024

End of Label Matrix
Mailable recipients   30
Bypassed recipients    4
Total                 34

| Fill in this information to identify your case: | | Check as directed in lines 17 and 21: |
|---|---|---|
| Debtor 1 | **CARLOS     MANUEL     SANTOS SERRANO**<br>First Name     Middle Name     Last Name | According to the calculations required by this Statement: |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name     Middle Name     Last Name | ☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3). |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** | ☒ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3). |
| Case number<br>(if known) | **22-02969 ESL** | ☐ 3. The commitment period is 3 years. |
| | | ☒ 4. The commitment period is 5 years. |

☒ Check if this is an amended filing

Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period          10/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for being accurate.  If more space is needed, attach a separate sheet to this form.  Include the line number to which the additional information applies.  On the top of any additional pages, write your name and case number (if known).

## Part 1:     Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☒ **Married.** Fill out both Columns A and B, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.**  11 U.S.C. § 101(10A).  For example, if you are filing on September 15, the 6-month period would be March 1 through August 31.  If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6.  Fill in the result.  Do not include any income amount more than once.  For example, if both spouses own the same rental property, put the income from that property in one column only.  If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $5,741.45 | $472.42 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | **Copy here** ➔ | $0.00 | $0.00 |

Official Form 122C-1          Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period          page 1

| Debtor 1 | CARLOS MANUEL SANTOS SERRANO | Case number (if known) 22-02969 ESL |
|---|---|---|

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or non-filing spouse |
|---|---|---|

**6. Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 |  |  |
| Net monthly income from rental or other real property | $0.00 | $0.00  Copy here ➔ | $0.00 | $0.00 |

**7. Interest, dividends, and royalties** — $0.00 | $0.00

**8. Unemployment compensation** — $0.00 | $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ⬇

   For you................................................................ $2,572.00
   For your spouse................................................. $0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   $1,403.00 | $0.00

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____  _____  _____
_____  _____  _____

Total amounts from separate pages, if any.   + _____  + _____

**11. Calculate your total average monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.   $7,144.45  +  $472.42  =  **$7,616.87**

Total average monthly income

### Part 2: Determine How to Measure Your Deductions from Income

**12. Copy your total average monthly income from line 11.** ................................................................   **$7,616.87**

| Debtor 1 | **CARLOS MANUEL SANTOS  SERRANO** | Case number (if known) **22-02969 ESL** |
|---|---|---|

**13. Calculate the marital adjustment.** Check one:

☐ You are not married.  Fill in 0 below.

☐ You are married and your spouse is filing with you.  Fill in 0 below.

☒ You are married and your spouse is not filing with you.
  Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.
  Below, specify the basis for excluding this income and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.

  If this adjustment does not apply, enter 0 below.

  Total............................................................................................   $0.00   Copy here ➔   – $0.00

**14. Your current monthly income.**  Subtract the total in line 13 from line 12.   $7,616.87

**15. Calculate your current monthly income for the year.**  Follow these steps:

  15a.  Copy line 14 here ➔ ..........................................................................................   $7,616.87

  Multiply line 15a by 12 (the number of months in a year).   X   12

  15b.  The result is your current monthly income for the year for this part of the form. ............   $91,402.44

**16. Calculate the median family income that applies to you.**  Follow these steps:

  16a.  Fill in the state in which you live.   **Puerto Rico**

  16b.  Fill in the number of people in your household.   **2**

  16c.  Fill in the median family income for your state and size of household............................................   $26,146.00
  To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

  17a.  ☐  Line 15b is less than or equal to line 16c.  On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).*  **Go to Part 3.**  Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

  17b.  ☒  Line 15b is more than line 16c.  On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).*  **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).**
  On line 39 of that form, copy your current monthly income from line 14 above.

### Part 3:  Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

**18. Copy your total average monthly income from line 11.**  ...................................................................   $7,616.87

**19. Deduct the marital adjustment if it applies.**  If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

  19a.  If the marital adjustment does not apply, fill in 0 on line 19a. ...................................................   – $0.00

  19b.  **Subtract line 19a from line 18.**   $7,616.87

**20. Calculate your current monthly income for the year.**  Follow these steps:

  20a.  Copy line 19b ..........................................................................................................   $7,616.87

  Multiply by 12 (the number of months in a year).   X   12

  20b.  The result is your current monthly income for the year for this part of the form.   $91,402.44

  20c.  Copy the median family income for your state and size of household from line 16c.  ..................   $26,146.00

Official Form 122C-1    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period    page 3

Debtor 1 **CARLOS MANUEL SANTOS SERRANO**  Case number (if known) **22-02969 ESL**

21. **How do the lines compare?**

    ☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

    ☑ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

## Part 4: Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _[signature]_  X _____
CARLOS MANUEL SANTOS SERRANO, Debtor 1    Signature of Debtor 2

Date  **12/28/2022**   Date _____
MM / DD / YYYY    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Official Form 122C-1    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period    page 4