IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**CARLOS MANUEL SANTOS SERRANO**

DEBTOR

CASE NO. **22-02969-ESL**

CHAPTER 13

**AMENDED TRUSTEE'S OBJECTION TO CLAIM NUMBER 11
FILED BY ATTORNEY OF DEBTOR ON BEHALF BANCO POPULAR DOMINICANO SA
NOTICE AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, Alejandro Oliveras Rivera, Chapter 13 Trustee, who most respectfully, STATES and PRAYS as follows:

1. On January 20, 2023, claim number 11 was filed by **BANCO POPULAR DOMINICANO SA** in the amount of $129,374.81 as secured. The Trustee objects to this claim under the following grounds:

   - Claim 11 is unenforceable against the debtor pursuant 11 U.S.C. 502(b)(1); such claim is a duplicate of claim 10.

2. 2. The "Servicemembers Civil Relief Act" affidavit is not necessary since claimant is not an individual. LBR 3007-1 and 9013-1(c)(4).

WHEREFORE, for the reasons stated above, it is respectfully requested from this Honorable Court to **disallow** the aforementioned claim.

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

CASE 22-02969-ESL
TRUSTEE'S OBJECTION TO CLAIM NUMBER 11
Page | 2

CERTIFICATE OF SERVICE: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: debtor(s), **BANCO POPULAR DOMINICANO SA APARTADO 1441 ZONA POSTAL 1 SANTO DOMINGO, REPUBLICA DOMINICANA** and parties in interest that have filed notices of appearance, included in the service list attached to the original hereof.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 16th day of February, 2023.

**/s/ALEJANDRO OLIVERAS RIVERA**
ALEJANDRO OLIVERAS RIVERA
CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR, 00902-4062
PHONE: 787-977-3500
FAX: 787-977-3521
CA- JCC

22-02969-ESL CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

BANCO POPULAR DOMINICANO SA
APARTADO 1441 ZONA POSTAL 1
SANTO DOMINGO REPUBLICA DOMINICANA, 00000

CARLOS MANUEL SANTOS SERRANO
URB COUNTRY CLUB
963 CALLE TRIGUERO
RIO PIEDRAS, PR 00924-3339

ANIBAL MEDINA RIOS*
URB SANTA CRUZ
C 23 CALLE MARGINAL
BAYAMON, PR 00961-6706

DATED: February 16, 2023

/S/OLGA LOPEZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1        - CASE NO  22-02969-ESL