**UNITED STATES BANKRUPTCY COURT**
**DISTRICT 1**

| | |
|---|---|
| In re:<br><br>CARLOS MANUEL SANTOS SERRANO<br><br>Debtor(s) | Case No. 22-02969-ESL |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2022.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/13/2023.

6) Number of months from filing to last payment: 3.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $17,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,035.00 |
| Less amount refunded to debtor | $931.50 |
| **NET RECEIPTS:** | **$103.50** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $103.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$103.50** |

Attorney fees paid and disclosed by debtor:     $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BANCO POPULAR DE PUERTO RICO | Unsecured | 0.00 | NA | 6,764.05 | 0.00 | 0.00 |
| BANCO POPULAR DOMINICANO SA | Secured | 0.00 | NA | 129,374.81 | 0.00 | 0.00 |
| BANCO POPULAR DOMINICANO SA | Secured | 0.00 | NA | 129,374.81 | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES | Secured | 26,679.00 | NA | 26,153.03 | 0.00 | 0.00 |
| BMW FINANCIAL SERVICES | Unsecured | 587.00 | NA | NA | 0.00 | 0.00 |
| CONSTRUCTORA EMPIRE SRL | Secured | 30,000.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 656,925.08 | NA | 554,976.04 | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Unsecured | 0.00 | NA | 117,639.05 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE (IRS} | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IRMA IVETTE MARTINEZ PEREZ | Priority | 13,370.60 | NA | 17,370.60 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | 923.00 | NA | 486.96 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | 14,308.00 | NA | 14,907.40 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEM LLC | Unsecured | 465.00 | NA | 1,073.95 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Unsecured | 2,300.00 | NA | 2,349.14 | 0.00 | 0.00 |
| LIGIA SANTOS TORRES | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| PMI PROPERTY MANAGEMENT | Unsecured | 1,991.00 | NA | 1,991.00 | 0.00 | 0.00 |
| TOYOTA CREDIT DE PUERTO RICO | Secured | 0.00 | NA | 584.00 | 0.00 | 0.00 |
| TOYOTA CREDIT DE PUERTO RICO | Secured | 32,975.00 | NA | 32,370.28 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $317,856.93 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$317,856.93** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $17,370.60 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$17,370.60** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$700,187.59** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $103.50 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$103.50** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/16/2023                                    By:/s/ ALEJANDRO OLIVERAS RIVERA
                                                                           Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

22-02969-ESL                                           CERTIFICATE OF MAILING
-----------------------------------------------------------------------------------------------------

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

CARLOS MANUEL SANTOS SERRANO
URB COUNTRY CLUB
963 CALLE TRIGUERO
RIO PIEDRAS, PR  00924-3339

BMW FINANCIAL SERVICES NA, LLC
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK  73118

Anibal Medina Rios
Urb Santa Cruz
C-23 Calle Marginal
Bayamon, PR  00961-6706

ATTORNEY GENERAL USA
DEPT OF JUSTICE
MAIN BLDG 5111
10TH AND PENNSYLVANIA AVE NW
 20530-0010

BMW FINANCIAL SERVICES
PO BOX 3608
DUBLIN OH 43016
 43016

CONSTRUCTORA EMPIRE SRL
CALLE MIGUEL ANGEL MONCLUS #1
MIRADOR NORTE
DISTRITO NACIONAL
SANTO DOMINGO  10140

CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

INTERNAL REVENUE SERVICE (IRS}
CENTRALIZED INSOLVENCY OP
POST OFFICE BOX 7317
PHILADELPHIA, PA  00919-5387

IRMA IVETTE MARTINEZ PEREZ
PO BOX 1024
DORADO, PR  00646

JP MORGAN CHASE BANK NA
PO BOX 15368
WILMINGTON, DE  19850

**UST Form 101-13-FR-S (09/01/2009)**

LIGIA SANTOS TORRES
PO BOX 6251
CAGUAS PR 00726
 00726

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION (424 B)
PO BOX 9024140
SAN JUAN, PR  00902-4140

SECRETARIO HACIENDA PR
PO BOX 90241090
SAN JUAN PR 00902
 00902

SECRETARIO JUSTICIA PR
PO BOX 9020192
SAN JUAN, PR  00902-0192

TOYOTA CREDIT DE PUERTO RICO
PO BOX 366251
SAN JUAN, PR  00936-6251

BANCO POPULAR DE PUERTO RICO
EDGAR A VEGA RIVERA ESQ
PO BOX 366818
SAN JUAN, PR  00936-6818

IRMA IVETTE MARTINEZ PEREZ
LUBE & SOTO LAW OFFICES
TERESA M LUBE CAPO
PO BOX 335090
PONCE, PR  00733-5090

PMI PROPERTY MANAGEMENT
2940 W MAPLE LOOP DR 304
LEHI, UT  84043

ASUME
PO BOX 71316
SAN JUAN, PR  00936-8416

JP MORGAN CHASE BANK NA
ROBERTSON ANSCHUTZ AND SCHNEID PL
6409 CONGRESS AVENUE
SUITE 100
BOCA RATON, FL  33487

BMW FINANCIAL SERVICES
ATTN CUSTOMER ACCOUNTING
5550 BRITTON PARKWAY
HILLIARD, OH  43026

**UST Form 101-13-FR-S (09/01/2009)**

BMW FINANCIAL SERVICES
AIS PORTOLIO SERVICES, LP
4515 N SANTA FE AVE
DEPT APS
OKLAHOMA CITY, OK  73118

TOYOTA CREDIT DE PUERTO RICO
PO BOX 9013
ADDISON, TX  75001

JEFFERSON CAPITAL SYSTEM LLC
PO BOX 772813
CHICAGO, IL  60677-2813

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN  56302-9617

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR  00936-6818

BMW FINANCIAL SERVICES NA LLC
TROMBERG MORRIS AND POULIN LLC
1515 SOUTH FEDERAL HIGHWAY SUITE 100
BOCA RATON, FL  33432

BANCO POPULAR DOMINICANO SA
APARTADO 1441 ZONA POSTAL 1
SANTO DOMINGO REPUBLICA DOMINICANA

DATED:  March 16, 2023

/s/ Olga Lopez
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**