IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:     Case No. 22-02969 ESL

CARLOS MANUEL SANTOS SERRANO     Chapter 7

Debtor

**DEBTOR' AMENDMENT OF SCHEDULE E/F
TO INCLUDE OMITTED UNSECURED CREDITOR**

TO THE HONORABLE COURT:

COMES NOW, debtor, Carlos Manuel Santos Serrano, through his undersigned attorney and respectfully avers and prays:

I.     Debtor hereby amends Master Address List to include creditors:

    A.     Added Priority Creditor:

         1.     Internal Revenue Service
                   Centralized Insolvency Operation
                   Post Office Box 7346
                   Philadelphia PA 19101-7346

                   Debtor filed 1040 return for year 2021 after petition for relief had been filed. Amount due: $1,328.00

    B.     Added Unsecured Creditor

         1.     Property Management INC
                   2901 W Blue Grass Blvd STE 420
                   Lehi, UT 84043

1

       This inclusion is made for debtor has a pre-petition debt with said unsecured creditor and by error it was omitted from list of creditors at petition date.

II.  Debtor also is amending Schedule E/F to delete, attorney Ligia Santos as priority creditor.

   1.  Attorney Ligia Santos was included for the state court awarded $2,000.00 for attorney's fees in an ex-spouse's support petition of Ms. Irma Ivette Martínez Pérez. Since an award of attorney's fees is for the client, Ms. Martínez Pérez and not for the attorney absent any accord, Ms. Martínez Pérez filed Proof of Claim for the full amount including the award of attorney's fees.

WHEREFORE, Debtor pray that this Honorable Court, and creditors and parties in interest take knowledge of said amendment and provides accordingly.

CERTIFICATE OF SERVICE

I hereby certify that on this same date I electronically filed with this notice copy of the amended document, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

UNITED STATES TRUSTEE ustpregion21.hr.ecf@usdoj.gov

ROBERTO ROMAN VALENTIN romanchpt7@gmail.com, rroman@ecf.axosfs.com

TERESA M LUBE CAPO on behalf of Creditor IRMA IVETTE MARTINEZ PEREZ

lubeysoto@gmail.com, madelinesotopacheco@gmail.com; lubeysotoii@gmail.com

ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

Andres Saez-Marrero on behalf of Creditor BMW Financial Services NA, LLC

ecf@tmppllc.com, lcdo.andressaez@gmail.com

3

EDGAR ALBERTO VEGA RIVERA on behalf of Creditor BANCO POPULAR

edvega@bppr.com, edgar.vega@popular.com

 I further certify that I have served this document by first class mail to the non CM/ECF participants and to patties in interest that have filed notices of appearance pursuant to G.O. 05-09, included in the service list attached to the original hereof, and by regular mail to added creditors, **also included with the notification of this motion: original Chapter 7 Bankruptcy Case, Meeting and Creditors & Deadlines and Notice of Continuance of Meeting of Creditors for May 2, 2023 at 11AM**.

### NOTICE AND RESPONSE TIME

TO ALL CREDITORS AND PARTIES IN INTEREST

 Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein; the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is

4

against public policy; or (iii) in the opinion of the Court, the interest of

justice requires otherwise.

In Bayamón, Puerto Rico, this April 19, 2023.

/s/ Anibal Medina Rios
Anibal Medina Rios USDCPR #125611
Attorney for debtor
Urb. Santa Cruz
C-23 Calle Marginal
Bayamón, P.R. 00961-6706
Tel: (787)460-6364
Email:medinalaw@gmail.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **CARLOS** | **MANUEL** | **SANTOS SERRANO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known): **22-02969 ESL**

☒ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $1,328.00 | $1,328.00 | $0.00 |

**INTERNAL REVENUE SERVICE**
Priority Creditor's Name
**CENTRALIZED INSOLVENCY OP**
Number　Street
**POST OFFICE BOX 7346**

**PHILADELPHIA　PA　19101-7346**
City　State　ZIP Code

Last 4 digits of account number　**4　6　2　5**

When was the debt incurred?　**2021**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor 1 | **CARLOS MANUEL SANTOS SERRANO** | Case number (if known) | **22-02969 ESL** |
|---|---|---|---|

### Part 1: Your PRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.2** | $13,370.60 | $13,370.60 | $0.00 |

**IRMA I MARTINEZ PEREZ**
Priority Creditor's Name
**PO BOX 1024**
Number    Street

**DORADO**        **PR**    **00646-1024**
City                State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☒ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2

Debtor 1  **CARLOS MANUEL SANTOS SERRANO**  Case number (if known) **22-02969 ESL**

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

| 4.1 | | $30,000.00 |
|---|---|---|

**CONSTRUCTORA EMPIRE SRL**
Nonpriority Creditor's Name
**CALLE MIGUEL ANGEL MONCLUS #1**
Number     Street
**MIRADOR NORTE**

**DISTRITO NACIONAL**

City    State    ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

Is the claim subject to offset?
☑ No
☐ Yes

| 4.2 | | $923.00 |
|---|---|---|

**FIRST PREMIER BANK**
Nonpriority Creditor's Name
**3820 N LOUISE AVE**
Number     Street


**SIOUX FALLS**        **SD**    **57107-0145**
City    State    ZIP Code

Last 4 digits of account number  **6  3  1  4**
When was the debt incurred?  **Rotative account**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Rotative account**

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3

Debtor 1  **CARLOS MANUEL SANTOS SERRANO**        Case number (if known) **22-02969 ESL**

**Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3
$465.00

**FIRST PREMIER BANK**
Nonpriority Creditor's Name
**3820 N LOUISE AVE**
Number    Street

**SIOUX FALLS        SD    57107-0145**
City                State    ZIP Code

Last 4 digits of account number  **5  8  1  2**
When was the debt incurred?   **Rotative Account**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify  **Rotative account**

Is the claim subject to offset?
☒ No
☐ Yes

### 4.4
$14,308.00

**ISLAND FINANCE LLC**
Nonpriority Creditor's Name
**PO BOX BOX 71504**
Number    Street

**SAN JUAN        PR    00939**
City                State    ZIP Code

Last 4 digits of account number  **3  6  2  4**
When was the debt incurred?   **07/15/2022**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify  **Personal loan**

Is the claim subject to offset?
☒ No
☐ Yes

### 4.5
$2,300.00

**JPMCB CARD SERVICES**
Nonpriority Creditor's Name
**PO BOX 15369**
Number    Street

**WILMINGTON        DE    19850**
City                State    ZIP Code

Last 4 digits of account number  **8  5  7  7**
When was the debt incurred?   **Rotative account**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify  **Rotative Account**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1  **CARLOS MANUEL SANTOS SERRANO**  Case number (if known) **22-02969 ESL**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6 — $656,925.08

**PR DEPT OF TREASURY**
Nonpriority Creditor's Name
**BANKRUPTCY DIVISION 424-B OFFI**
Number    Street
**PO BOX 9024140**

**SAN JUAN    PR    00902-3072**
City       State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** 2011-2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **BACK TAXES**

### 4.7 — $28,571.00

**Property Management INC**
Nonpriority Creditor's Name
**2901 W Blue Grass Blvd STE 420**
Number    Street

**Lehi    UT    84043**
City       State   ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** 2022/10/29

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Franchise Fees Termination Fee**

Debtor 1 **CARLOS MANUEL SANTOS SERRANO**      Case number (if known) __22-02969 ESL__

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $13,370.60 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $1,328.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6d. | **$14,698.60** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $733,492.08 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | **$733,492.08** |

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 6

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

CARLOS MANUEL SANTOS SERRANO

Case No. 22-02969 ESL

Chapter 7

DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE "E/FJ"

I declare under penalty of perjury that I have read the foregoing Amended Schedule "E/F", dated April 17, 2023, consisting of ___ sheets, and they are true and correct to the best of my knowledge, information and belief.

Date: April 17, 2023

Signature: _____
Carlos Manuel Santos Serrano

ANIBAL MEDINA RIOS
URB SANTA CRUZ C-23
CALLE MARGINAL
BAYAMON PR
00961-6706

ATTORNEY GENERAL
USA DEPT OF JUSTICE
MAIN BLDG 5111
10th AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530-001

BANCO POPULAR DOMINICANO
xxxxx5649 AVENIDA BOLIVAR
#315 DISTRITO NACIONAL RD
10205

BMW FINANCIAL
SERVICES PO BOX 3608
DUBLIN OH 43016

CARLOS MANUEL SANTOS
SERRANO Urb Country Club 963
Calle Triguero San Juan, PR
00924-3339

CONSTRUCTORA EMPIRE SRL
CALLE MIGUEL ANGEL MONCLUS
#1 MIRADOR NORTE DISTRITO
NACIONAL SANTO DOMINGO, R.D.
1014

CRIM
PO Box 195387
SAN JUAN PR 00919-5387

FIRST PREMIER BANK
xxxx-xxxx-xxxx-6314 3820 N
LOUISE AVE SIOUX FALLS SD
57107-0145

FIRST PREMIER BANK
xxxx-xxxx-xxxx-5812 3820 N
LOUISE AVE SIOUX FALLS SD
57107-0145

INTERNAL REVENUE SERVICE
4625 CENTRALIZED INSOLVENCY
OP POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

SECRETARIO JUSTICIA PR
PO BOX 9020192 SAN JUAN PR
00902-0192

INTERNAL REVENUE SERVICE
(IRS} CENTRALIZED INSOLVENCY
OP POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

IRMA I MARTINEZ
PEREZ PO BOX 1024
DORADO PR 00646-1024

ISLAND FINANCE
LLC
xxxxxxxxxx3624 PO
BOX BOX 71504 SAN
JUAN PR 00939

JPMCB CARD
SERVICES
xxxx-xxxx-xxxx-85
77 PO BOX 15369
WILMINGTON DE
19850

Mary  E, Soriano Guerrero
Urb. Country Club 963
Calle Triguero San Juan
PR 00924

PR DEPT OF TREASURY
BANKRUPTCY DIVISION 424-B
OFFI PO BOX 9024140 SAN JUAN
PR 00902-3072

Property Management INC 2901
W Blue Grass Blvd STE 420
Lehi  UT 84043

SECRETARIO HACIENDA PR
PO BOX 90241090 SAN
JUAN PR 00902

TOYOTA CREDIT DE PR
xxxxxx7324 PO BOX 9786
CEDARS RAPIDS IA 52409