**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | CARLOS | MANUEL | SANTOS SERRANO |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | |
| Case number (if known) | 22-02969 ESL | | |

Check if this is:

[X] An amended filing

[ ] A supplement showing postpetition chapter 13 income as of the following date:
04/17/2023
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | **Employment status** | [X] Employed<br>[ ] Not employed | [ ] Employed<br>[X] Not employed |
   | **Occupation** | Financial Risk Manager | |
   | **Employer's name** | Firstbank | |
   | **Employer's address** | _____<br>Number  Street | _____<br>Number  Street |
   | | _____ | _____ |
   | | _____ | _____ |
   | | _____<br>City   State   Zip Code | _____<br>City   State   Zip Code |
   | **How long employed there?** | 8 months | _____ |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $12,500.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $12,500.00 | $0.00 |

Official Form 106I    Schedule I: Your Income    page 1

Debtor 1   **CARLOS MANUEL SANTOS SERRANO**　　　　　　　　　Case number (if known)   **22-02969 ESL**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | Copy line 4 here ➔ 4. | $12,500.00 | $0.00 |
| 5. | List all payroll deductions: |  |  |
| 5a. | Tax, Medicare, and Social Security deductions   5a. | $3,748.80 | $0.00 |
| 5b. | Mandatory contributions for retirement plans   5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans   5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans   5d. | $0.00 | $0.00 |
| 5e. | Insurance   5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations   5f. | $0.00 | $0.00 |
| 5g. | Union dues   5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: _____   5h. + | $0.00 | $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $3,748.80 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | $8,751.20 | $0.00 |
| 8. | List all other income regularly received: |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm   8a. | $0.00 | $0.00 |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |
| 8b. | Interest and dividends   8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | $0.00 | $0.00 |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |
| 8d. | Unemployment compensation   8d. | $0.00 | $0.00 |
| 8e. | Social Security   8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive |  |  |
|  | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income   8g. | $982.10 | $0.00 |
| 8h. | Other monthly income. Specify: _____   8h. + | $0.00 | $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $982.10 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9.   10. | $9,733.30   +   $0.00   =   $9,733.30 |  |
|  | Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. |  |  |

11. State all other regular contributions to the expenses that you list in Schedule J.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

    Specify: _____　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　11. +   $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.　　　12.   **$9,733.30**   **Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ☒ Yes. Explain:   See continuation sheet.

Official Form 106I　　　　　　Schedule I: Your Income　　　　　　page 2

| Debtor 1 | **CARLOS MANUEL SANTOS SERRANO** | Case number (if known) | **22-02969 ESL** |
|---|---|---|---|

13. **Expected increase or decrease within the year after you file this form:**

    **Social Security stopped due to overpayment. After debtor reaches 66 years old in August 2023, SS will resume benefits and will retain part of benefits until full payment. Debtor is in probatory status in his recent job. After obtaining permanent status will made apportations to employer retirement plan. UGM University no longer retains his services as part-time professor.**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

Case No. 22-02969 ESL

CARLOS MANUEL SANTOS SERRANO

Chapter 7

DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE "I"

I declare under penalty of perjury that I have read the foregoing Amended Schedule "I", dated April 17, 2023, consisting of 3 sheets, and they are true and correct to the best of my knowledge, information and belief.

Date: April 17, 2023          Signature: _____
                                        Carlos Manuel Santos Serrano

```
ANIBAL MEDINA RIOS              IRMA I MARTINEZ PEREZ           SECRETARIO HACIENDA PR
URB SANTA CRUZ                  PO BOX 1024                     PO BOX 90241090
C-23 CALLE MARGINAL             DORADO PR 00646-1024            SAN JUAN PR 00902
BAYAMON PR 00961-6706


ATTORNEY GENERAL USA            IRMA IVETTE MARTINEZ PEREZ      SECRETARIO JUSTICIA PR
DEPT OF JUSTICE                                                 PO BOX 9020192
MAIN BLDG 5111                                                  SAN JUAN PR 00902-0192
10th AND PENNSYLVANIA AVE NW
WASHINGTO DC 20530-001


BANCO POPULAR DOMINICANO        ISLAND FINANCE LLC              TOYOTA CREDIT DE PR
xxxxx5649                       xxxxxxxxxx3624                  xxxxxx7324
AVENIDA BOLIVAR #315            PO BOX BOX 71504                PO BOX 9786
DISTRITO NACIONAL RD 10205      SAN JUAN PR 00939               CEDARS RAPIDS IA 52409


BMW FINANCIAL SERVICES          JPMCB CARD SERVICES
PO BOX 3608                     xxxx-xxxx-xxxx-8577
DUBLIN OH 43016                 PO BOX 15369
                                WILMINGTON DE 19850


CARLOS MANUEL SANTOS  SERRANO   LIGIA SANTOS TORRES
Urb Country Club                PO BOX 6251
963 Calle Triguero              CAGUAS PR 00726
San Juan, PR  00924-3339


CONSTRUCTORA EMPIRE SRL         Mary  E, Soriano Guerrero
CALLE MIGUEL ANGEL MONCLUS #1   Urb. Country Club
MIRADOR NORTE                   963 Calle Triguero
DISTRITO NACIONAL               San Juan PR 00924
SANTO DOMINGO, R.D. 1014


CRIM                            Mary E. Soriano Guerrero
PO Box 195387
SAN JUAN PR 00919-5387


FIRST PREMIER BANK              PMI Property Management
xxxx-xxxx-xxxx-6314             2940 W Maple Loop Dr
3820 N LOUISE AVE               Lehi  UT 84043
SIOUX FALLS SD 57107-0145


FIRST PREMIER BANK              PR DEPT OF TREASURY
xxxx-xxxx-xxxx-5812             BANKRUPTCY DIVISION 424-B OFFI
3820 N LOUISE AVE               PO BOX 9024140
SIOUX FALLS SD 57107-0145       SAN JUAN PR 00902-3072


INTERNAL REVENUE SERVICE (IRS}  Property Management INC
CENTRALIZED INSOLVENCY OP       2901 W Blue Grass Blvd STE 420
POST OFFICE BOX 7317            Lehi  UT 84043
PHILADELPHIA PA 00919-5387
```