UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

_____

IN RE                                                                                    Case No. 22-02969 ESL

CARLOS MANUEL SANTOS SERRANO                           Chapter 7
xxx-xx-4625

_____

MOTION TO FILE AMENDED STATEMENT OF FINANCIAL AFFAIRS

TO THE HONORABLE COURT:

      Come now, debtor, Carlos Manuel Santos , through his undersigned attorney and respectfully avers and prays:

1.     Debtor is filing amended Statement of Financial Affairs.

2.     A.     The amended Statement of Financial Affairs is filed to correct repeated items; fill omitted addresses; correct

      WHEREFORE, Debtor moves this Honorable Court to take notice of Amended Statement of Financial Affairs..

**NOTICE AND RESPONSE TIME
TO ALL CREDITORS AND PARTIES IN INTEREST**

      Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerks office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

CERTIFICATION OF NOTICE: That this motion is being send through CM/ECF which will notify through electronic mailing the following recipients:

1

2

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

ROBERTO ROMAN VALENTIN
romanchpt7@gmail.com, rroman@ecf.axosfs.com

ANDRES SAEZ-MARRERO on behalf of Creditor BMW Financial Services NA, LLC
ecf@tmppllc.com, lcdo.andressaez@gmail.com

TERESA M LUBE CAPO on behalf of Creditor IRMA IVETTE MARTINEZ PEREZ
lubeysoto@gmail.com, madelinesotopacheco@gmail.com;lubeysotoii@gmail.com

EDGAR ALBERTO VEGA RIVERA on behalf of Creditor BANCO POPULAR
edvega@bppr.com, edgar.vega@popular.com

In Bayamón, Puerto Rico, this May 1, 2023.

/s/ Anibal Medina Rios
USDCPR #125611
Attorney for debtor
Urb. Santa Cruz
C23 Calle Marginal
Bayamón, P.R. 00961-6706
Tel: (787)460-6364
Email:medinalaw@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 22-02969-ESL7<br>District of Puerto Rico<br>Old San Juan<br>Mon May  1 15:49:45 AST 2023 | BANCO POPULAR<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | BMW Financial Services NA, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ANIBAL MEDINA RIOS<br>URB SANTA CRUZ<br>C-23 CALLE MARGINAL<br>BAYAMON PR 00961-6706 |
| ATTORNEY GENERAL USA<br>DEPT OF JUSTICE<br>MAIN BLDG 5111<br>10th AND PENNSYLVANIA AVE NW<br>WASHINGTO DC 20530-0001 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| BMW Financial Services Attn: Customer Accoun<br>5550 Britton Parkway<br>Hilliard, OH 43026-7456 | BMW Financial Services NA, LLC<br>c/o AIS Portfolio Services LLP<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118-7901 | CARLOS MANUEL SANTOS SERRANO<br>Urb Country Club<br>963 Calle Triguero<br>San Juan, PR  00924-3339 |
| CRIM<br>PO Box 195387<br>SAN JUAN PR 00919-5387 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>P.O. BOX 9024140<br>SAN JUAN, PR 00902-4140 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE (IRS<br>CENTRALIZED INSOLVENCY OP<br>POST OFFICE BOX 7317<br>PHILADELPHIA PA 19101-7317 | IRMA I MARTINEZ PEREZ<br>PO BOX 1024<br>DORADO PR 00646-1024 |
| IRMA IVETTE MARTINEZ PEREZ<br>PO BOX 1024<br>DORADO, PR 00646-1024 | ISLAND FINANCE LLC<br>PO BOX BOX 71504<br>SAN JUAN PR 00939-0001 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LIGIA SANTOS TORRES<br>PO BOX 6251<br>CAGUAS PR 00726-6251 |
| PMI Property Management<br>2490 W Maple Loop Dr 304<br>Lehi UT 84043 | PR DEPT OF TREASURY<br>BANKRUPTCY DIVISION 424-B OFFI<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | PROPERTY MANAGEMENT INC<br>2901 W BLUE GRASS BLVD<br>SUITE 420<br>LEHI UT 84043-4244 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | SECRETARIO HACIENDA PR<br>PO BOX 90241090<br>SAN JUAN PR 00902 | SECRETARIO JUSTICIA PR<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 |

| | | |
|---|---|---|
| TOYOTA CREDIT DE PR<br>PO BOX 9786<br>CEDARS RAPIDS IA 52409-0004 | Toyota Credit de Puerto Rico<br>PO Box 9013<br>Addison, Texas 75001-9013 | ANIBAL MEDINA RIOS<br>ANIBAL MEDINA RIOS LAW OFFICE<br>C 23 CALLE MARGINAL<br>URB SANTA CRUZ<br>BAYAMON, PR 00961-6706 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO ROMAN VALENTIN<br>US TRUSTEES OFFICE<br>PO BOX 9024003<br>SAN JUAN, PR 00902-4003 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BMW FINANCIAL SERVICES<br>PO BOX 3608<br>DUBLIN OH 43016 | JPMCB CARD SERVICES<br>PO BOX 15369<br>WILMINGTON DE 19850 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANCO POPULAR DOMINICANO<br>APARTADO 1441 ZONA POSTAL 1<br>SANTO DOMINGO REPUBLICA DOMINICANA | (u)CONSTRUCTORA EMPIRE SRL<br>CALLE MIGUEL ANGEL MONCLUS #1<br>MIRADOR NORTE<br>DISTRITO NACIONAL<br>SANTO DOMINGO, R.D. 1014 | (d)CARLOS MANUEL SANTOS SERRANO<br>URB COUNTRY CLUB<br>963 CALLE TRIGUERO<br>SAN JUAN, PR 00924-3339 |
| (d)IRMA IVETTE MARTINEZ PEREZ<br>PO BOX 1024<br>DORADO, PR 00646-1024 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     4<br>Total                  38 | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | CARLOS | MANUEL | SANTOS SERRANO |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known): 22-02969 ESL

☒ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?
   ☒ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?
   ☐ No
   ☒ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   **Debtor 1:**
   Westgage Towncenter Resort
   7700 Westgate Boulevard
   Kissimmee, FI 34747

   Dates Debtor 1 lived there:
   From 05/05/2022  To 07/07/2022

   Debtor 2: ☐ Same as Debtor 1

   **Debtor 1:**
   Apt 6A
   Calle Miguel Angel Moncluz
   Santo Domingo, RD 10145

   Dates Debtor 1 lived there:
   From 12/2020  To 06/2021

   Debtor 2: ☐ Same as Debtor 1

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  CARLOS MANUEL SANTOS SERRANO   Case number (if known) 22-02969 ESL

## Part 2: Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of Income<br>Check all that apply. | Gross income<br>(before deductions and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $14,035.10 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For last calendar year:<br>(January 1 to December 31, 2021) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $15,770.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, 2020) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $11,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. Did you receive any other income during this year or the two previous calendar years?
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source (before deductions and exclusions | Sources of income<br>Describe below. | Gross income from each source (before deductions and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | Social Security<br>Pension Santander's<br>UAGM 1<br>Scotiabank BNS | $25,720.00<br>$14,035.10<br>$4,500.00<br>$30,000.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2021) | Social Security<br>Pension Bco. Santander<br>UAGM 1<br>Scotiabank BNS | $27,600.00<br>$16,836.00<br>$6,375.00<br>$30,000.00 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2020) | Social Security<br>Pension Bco. Santander<br>UAGM 1<br>Scotiabank BNS | $27,600.00<br>$16,836.00<br>$0.00<br>$40,000.00 | | |

Official Form 107   Statement of Financial Affairs for Individuals Filing for Bankruptcy   page 2

Debtor 1  **CARLOS MANUEL SANTOS SERRANO**         Case number (if known)  22-02969 ESL

### Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

   ☒ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ☐ No. Go to line 7.

   ☒ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Orlando Santos** (Creditor's name)<br>6105 Mission Dr.<br>Orlando, FL 32818 | September 12, 2022 | $2,000.00 | $9,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☒ Other **Option to buy a hous** |
| **Toyota Credit** (Creditor's name)<br>PO Box 9013<br>Addison, TX 75001 | 1st. day of each month | $1,740.00 | $32,975.00 | ☐ Mortgage<br>☒ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| **Banco Popular Dominicano** (Creditor's name)<br>Ave Bolivar #315<br>Distrito Nacional, RD 10205 | 1st. day of each month | $1,600.00 | $160,000.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page 3

Debtor 1    CARLOS MANUEL SANTOS SERRANO      Case number (if known)   22-02969 ESL

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **BMW FINANCIAL SERVICES** <br> Creditor's name <br> 1212 Corporate Drive Suite 480 <br> Number   Street <br><br> IRVING    TX <br> City    State    ZIP Code | 1st. day of each month | $2,209.80 | $26,679.00 | ☐ Mortgage <br> ☑ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☐ No
   ☑ Yes. List all payments to an insider.

| Insider | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Orlando Santos** <br> Insider's name <br> 6105 Mission Dr <br> Number   Street <br><br> Orlando    FL    32810 <br> City    State    ZIP Code | Within 1 years of bankruptcy petition. Various dates. | $9,000.00 | $9,000.00 | Payments toward option to acquire property at Calle Triguero 963 Urb Country Club, San Juan P.R. 00924. This property belongs to debtor's brother who received from donation from their mother. |

8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☑ Yes. List all payments that benefited an insider.

| Insider | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
|---|---|---|---|---|
| **Orlando Santos** <br> Insider's name <br> 6105 Mission Dr <br> Number   Street <br><br> Orlando    FL    32818 <br> City    State    ZIP Code | Within 1 year of bankruptcy petition various dates. | $9,000.00 | $9,000.00 | Payments toward acquisition of property where debtor resides. There is an option agreement with debtor brother's who owns the property due to a 1998 donation from their mother to debtor's brother. |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page 4

Debtor 1  CARLOS MANUEL SANTOS SERRANO                    Case number (if known) 22-02969 ESL

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9.** Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding? List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| IRMA IVETTE MARTINEZ PEREZ | Ex-spouse alimony (Pension alimentaria ex-conyuge) | **Court Name:** SUPERIOR COURT SAN JUAN PART<br>**Number Street:** CENTRO JUDICIAL SAN JUAN MUNOZ RIVERA AVE ESQ MAYAGUEZ<br>**City:** SAN JUAN **State:** PR **ZIP Code:** | ☒ Pending<br>☒ On appeal<br>☐ Concluded |
| Case number VA2020RF00018 | | | |

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☒ Yes. Fill in the information below.

**Creditor's Name:** Irma Ivette Martinez Perez
**Number Street:** Cielo Dorado Village
**City:** Vega Alta **State:** PR **ZIP Code:**

**Describe the property:** Ex-spouse, Irma Ivette Martinez Perez, obtained an executed an embargo order on debtor's bank account which included the Social Security Pension, Santander pension and his salary from Firstbank. An appeal has been filed before the Apellate Court.

**Explain what happened**
☐ Property was repossessed.
☐ Property was foreclosed.
☒ Property was garnished.
☐ Property was attached, seized, or levied.

**Date:** 09/2022
**Value of the property:** $0.00

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☒ No
☐ Yes. Fill in the details.

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☒ No
☐ Yes

Debtor 1    CARLOS MANUEL SANTOS SERRANO      Case number (if known) 22-02969 ESL

### Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

### Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

    ☑ No
    ☐ Yes. Fill in the details.

### Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

    ☐ No
    ☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Anibal Medina Rios<br>Urb Santa Cruz (Number Street)<br>C23 Calle Marginal<br>Bayamon, PR 00961 | $2,000.00 retainer - no opt out contract<br>$200 per hour<br>$313.00 for Court's Chapter 13' fees | 10/07/2022 | $2,313.00 |

Email or website address

Person Who Made the Payment, if Not You

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page 6

Debtor 1 **CARLOS MANUEL SANTOS SERRANO** Case number (if known) **22-02969 ESL**

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Banco Santa Cruz** <br> Person Who Received Transfer <br> **Avenida Lopez de Vega Num. 21** <br> Number Street <br> **Ensanche Naco** <br> **Santo Domingo** **RD** <br> City State ZIP Code <br> Person's relationship to you **Lender** | **Maserati Modelo Levante S Year 2019, Chasis No. ZN661XU82KX323681** | **Lieu of Payment ("Dacion en Pago")** | **2022/07/09** |

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

### Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Banco Popular Dominicano** <br> Name of Financial Institution <br> **Ave Bolivar 315** <br> Number Street <br> **Distrito Nacional** **RD** **10205** <br> City State ZIP Code | XXXX- **0 1 3 6** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **2022/10/04** | **$18.36** |
| **Wesley Card** <br> Name of Financial Institution <br> _____ <br> Number Street <br> _____ <br> **Kissimee** **FL** <br> City State ZIP Code | XXXX- __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other **Direct deposit card wages** | **05/2022** | **$0.00** |

Official Form 107     Statement of Financial Affairs for Individuals Filing for Bankruptcy     page 7

Debtor 1 CARLOS MANUEL SANTOS SERRANO Case number (if known) 22-02969 ESL

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

Debtor 1 **CARLOS MANUEL SANTOS SERRANO**  Case number (if known) 22-02969 ESL

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name / Address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **PMI Dominican Republic** (Business Name) **Plaza 14 local 201** (Number Street) **Calle Centro Olimpico 14** **Santo Domingo  RD  10145** (City  State  ZIP Code) | Santos & Soriano S.R.L. Real Estate broker at Dominican Republic  Name of accountant or bookkeeper: N/A | Do not include Social Security number or ITIN. EIN: __ __ – __ __ __ __ __ __ __ Dates business existed From 05/20/2020 To 12/2021 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

- ☑ No
- ☐ Yes. Fill in the details below.

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X *[signature]*  X _____
CARLOS MANUEL SANTOS SERRANO, Debtor 1   Signature of Debtor 2

Date  04/29/2023   Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

- ☑ No
- ☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

- ☑ No
- ☐ Yes. Name of person _____  Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).