UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                                                                              Case No. 22-02969 ESL

CARLOS MANUEL SANTOS SERRANO                                       Chapter 13
xxx-xx-4625

MOTION TO FILE AMENDED SCHEDULE "J"

TO THE HONORABLE COURT:

Come now, debtor, Carlos Manuel Santos , through his undersigned attorney and respectfully avers and prays:

1. Debtor is filing amended Schedule "J", dated April 30, 2023.

2. The amended Schedule "J" is filed to conform the expenses to the fact that debtor no longer receive the Social Security benefits until August 2023 and the new benefits will be lower in order to pay prior overcompensation due to debtor's job at Firstbank.

WHEREFORE, Debtor moves this Honorable Court to take notice of Amended Schedule "J", dated April 30 2023.

**NOTICE AND RESPONSE TIME
TO ALL CREDITORS AND PARTIES IN INTEREST**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerks office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

2

CERTIFICATION OF NOTICE: That this motion is being send through CM/ECF which will notify through electronic mailing the following recipients:

MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov

ROBERTO ROMAN VALENTIN
romanchpt7@gmail.com, rroman@ecf.axosfs.com

ANDRES SAEZ-MARRERO on behalf of Creditor BMW Financial Services NA, LLC
ecf@tmppllc.com, lcdo.andressaez@gmail.com

ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

ALEJANDRO OLIVERAS RIVERA (ENO) on behalf of Trustee ALEJANDRO OLIVERAS RIVERA aorecf@ch13sju.com

TERESA M LUBE CAPO on behalf of Creditor IRMA IVETTE MARTINEZ PEREZ
lubeysoto@gmail.com, madelinesotopacheco@gmail.com;lubeysotoii@gmail.com

EDGAR ALBERTO VEGA RIVERA on behalf of Creditor BANCO POPULAR
edvega@bppr.com, edgar.vega@popular.com

    In Bayamón, Puerto Rico, this April 30, 2023.

    /s/ Anibal Medina Rios
    USDCPR #125611
    Attorney for debtor
    Urb. Santa Cruz
    C23 Calle Marginal
    Bayamón, P.R. 00961-6706
    Tel: (787)460-6364
    Email:medinalaw@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 22-02969-ESL7<br>District of Puerto Rico<br>Old San Juan<br>Tue May  2 09:12:27 AST 2023 | BANCO POPULAR<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | BMW Financial Services NA, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| UNITED STATES TRUSTEE<br>500 TANCA ST STE 301<br>SAN JUAN, PR 00901-1922 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | ANIBAL MEDINA RIOS<br>URB SANTA CRUZ<br>C-23 CALLE MARGINAL<br>BAYAMON PR 00961-6706 |
| ATTORNEY GENERAL USA<br>DEPT OF JUSTICE<br>MAIN BLDG 5111<br>10th AND PENNSYLVANIA AVE NW<br>WASHINGTO DC 20530-0001 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| BMW Financial Services Attn: Customer Accoun<br>5550 Britton Parkway<br>Hilliard, OH 43026-7456 | BMW Financial Services NA, LLC<br>c/o AIS Portfolio Services LLP<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118-7901 | CARLOS MANUEL SANTOS SERRANO<br>Urb Country Club<br>963 Calle Triguero<br>San Juan, PR  00924-3339 |
| CRIM<br>PO Box 195387<br>SAN JUAN PR 00919-5387 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424 B<br>P.O. BOX 9024140<br>SAN JUAN, PR 00902-4140 | FIRST PREMIER BANK<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OP<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE (IRS<br>CENTRALIZED INSOLVENCY OP<br>POST OFFICE BOX 7317<br>PHILADELPHIA PA 19101-7317 | IRMA I MARTINEZ PEREZ<br>PO BOX 1024<br>DORADO PR 00646-1024 |
| IRMA IVETTE MARTINEZ PEREZ<br>PO BOX 1024<br>DORADO, PR 00646-1024 | ISLAND FINANCE LLC<br>PO BOX BOX 71504<br>SAN JUAN PR 00939-0001 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LIGIA SANTOS TORRES<br>PO BOX 6251<br>CAGUAS PR 00726-6251 |
| PMI Property Management<br>2490 W Maple Loop Dr 304<br>Lehi UT 84043 | PR DEPT OF TREASURY<br>BANKRUPTCY DIVISION 424-B OFFI<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 | PROPERTY MANAGEMENT INC<br>2901 W BLUE GRASS BLVD<br>SUITE 420<br>LEHI UT 84043-4244 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | SECRETARIO HACIENDA PR<br>PO BOX 90241090<br>SAN JUAN PR 00902 | SECRETARIO JUSTICIA PR<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 |

```
TOYOTA CREDIT DE PR              Toyota Credit de Puerto Rico      ANIBAL MEDINA RIOS
PO BOX 9786                      PO Box 9013                       ANIBAL MEDINA RIOS LAW OFFICE
CEDARS RAPIDS IA 52409-0004      Addison, Texas 75001-9013         C 23 CALLE MARGINAL
                                                                   URB SANTA CRUZ
                                                                   BAYAMON, PR 00961-6706


MONSITA LECAROZ ARRIBAS          ROBERTO ROMAN VALENTIN
OFFICE OF THE US TRUSTEE (UST)   US TRUSTEES OFFICE
OCHOA BUILDING                   PO BOX 9024003
500 TANCA STREET  SUITE 301      SAN JUAN, PR 00902-4003
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BMW FINANCIAL SERVICES           JPMCB CARD SERVICES               Jefferson Capital Systems LLC
PO BOX 3608                      PO BOX 15369                      Po Box 7999
DUBLIN OH 43016                  WILMINGTON DE 19850               Saint Cloud MN 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BANCO POPULAR DOMINICANO      (u)CONSTRUCTORA EMPIRE SRL        (d)CARLOS MANUEL SANTOS SERRANO
APARTADO 1441 ZONA POSTAL 1      CALLE MIGUEL ANGEL MONCLUS #1     URB COUNTRY CLUB
SANTO DOMINGO REPUBLICA DOMINICANA MIRADOR NORTE                   963 CALLE TRIGUERO
                                 DISTRITO NACIONAL                 SAN JUAN, PR 00924-3339
                                 SANTO DOMINGO, R.D. 1014


(d)IRMA IVETTE MARTINEZ PEREZ    End of Label Matrix
PO BOX 1024                      Mailable recipients    34
DORADO, PR 00646-1024            Bypassed recipients     4
                                 Total                  38
```

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **CARLOS** | **MANUEL** | **SANTOS SERRANO** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **DISTRICT OF PUERTO RICO** | | | |
| Case number (if known) | **22-02969 ESL** | | | |

Check if this is:

[x] An amended filing
[x] A supplement showing postpetition chapter 13 expenses as of the following date:
04/30/2023
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

[x] No. Go to line 2.
[ ] Yes. **Does Debtor 2 live in a separate household?**
  [ ] No
  [ ] Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

[ ] No
[x] Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **stepdaughter** | | [x] No / [ ] Yes |
| **stepson** | | [x] No / [ ] Yes |
| | | [ ] No / [ ] Yes |
| | | [ ] No / [ ] Yes |
| | | [ ] No / [ ] Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

[ ] No
[x] Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. _____ |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. _____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. **$50.00** |
| 4d. | Homeowner's association or condominium dues | 4d. _____ |

| Debtor 1 | CARLOS MANUEL SANTOS SERRANO | Case number (if known) | 22-02969 ESL |
|---|---|---|---|

**Your expenses**

| | | | |
|---|---|---|---:|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | |
| 6. | Utilities: | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$175.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$53.64** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$374.40** |
| | 6d. Other. Specify: | 6d. | |
| 7. | Food and housekeeping supplies | 7. | **$779.00** |
| 8. | Childcare and children's education costs | 8. | |
| 9. | Clothing, laundry, and dry cleaning | 9. | **$161.00** |
| 10. | Personal care products and services | 10. | **$82.00** |
| 11. | Medical and dental expenses | 11. | **$100.00** |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$315.00** |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | **$200.00** |
| 14. | Charitable contributions and religious donations | 14. | |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | **$169.00** |
| | 15c. Vehicle insurance | 15c. | |
| | 15d. Other insurance. Specify: | 15d. | |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | Installment or lease payments: | | |
| | 17a. Car payments for Vehicle 1  **Toyota 2021** | 17a. | **$584.00** |
| | 17b. Car payments for Vehicle 2  **Susuki (Dominican Rep)** | 17b. | **$235.59** |
| | 17c. Other. Specify: | 17c. | |
| | 17d. Other. Specify: | 17d. | |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).  **Support payment ex-spouse** | 18. | **$3,500.00** |
| 19. | Other payments you make to support others who do not live with you. Specify: **Expenses at D.R. See Other Exp** | 19. | |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| | 20a. Mortgages on other property | 20a. | |
| | 20b. Real estate taxes | 20b. | |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$154.82** |
| | 20e. Homeowner's association or condominium dues | 20e. | |

| Debtor 1 | **CARLOS MANUEL SANTOS  SERRANO** | Case number (if known) | **22-02969 ESL** |
|---|---|---|---|

**21.** Other.  Specify:  <u>See continuation sheet</u>                     21.    +_____$2,748.82

**22.** **Calculate your monthly expenses.**

    22a.   Add lines 4 through 21.                                                              22a.   **$9,682.27**

    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.   

    22c.   Add line 22a and 22b.  The result is your monthly expenses.                        22c.   **$9,682.27**

**23.** **Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.                       23a.   **$9,733.30**

    23b.   Copy your monthly expenses from line 22c above.                                   23b.  – **$9,682.27**

    23c.   Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.                                            23c.   **$51.03**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☒ Yes.   Explain here:
**Debtor estimates expenses will increase due to relocation of stepdaughter to Puerto Rico.**

| Debtor 1 | **CARLOS MANUEL SANTOS SERRANO** | Case number (if known) | **22-02969 ESL** |
|---|---|---|---|

**21.  Other.  Specify:**

| | |
|---|---:|
| **Health insurance (Dominican Republic) for stepson and stepdaughter** | **$200.00** |
| **Books** | |
| **Child care (Dominican Republic)** | **$300.00** |
| **Water, electric energy, wifi for minor at Dominican Republic** | **$100.00** |
| **School Bus (Dominican  Republic)** | **$50.00** |
| **Mortgage Payment Dominican Republic** | **$1,604.00** |
| **Home maintenance Dominican Republic** | **$154.82** |
| **Miscellaneous** | **$0.00** |
| **Saving/emergency reserve** | |
| **Insurance Susuki (Dominican Republic)** | **$90.00** |
| **Travel expenses for debtor's spouse to visit daughter at Santo Domingo** | **$250.00** |
| **Total:** | **$2,748.82** |

Official Form 106J                                   Schedule J: Your Expenses                                              page 4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

Case No. 22-02969 ESL

CARLOS MANUEL SANTOS SERRANO

Chapter 7

DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE "J"

I declare under penalty of perjury that I have read the foregoing Amended Schedule "J", dated April 30, 2023, consisting of 4 sheets, and they are true and correct to the best of my knowledge, information and belief.

Date: April 30, 2023

Signature:
Carlos Manuel Santos Serrano