IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

**CARLOS MANUEL SANTOS SERRANO,**

Debtor.

Case No. 22-02969 (ESL)

Chapter 7

## UNITED STATES TRUSTEE'S REQUEST
## TO EXTEND TIME TO OPPOSE DISCHARGE

The United States Trustee for Region 21, through her undersigned counsel, respectfully states and prays as follows:

1. The case of caption was filed under Chapter 13 on October 14, 2022 (ECF No. 1) and subsequently converted to a Chapter 7 case on March 13, 2023 (ECF No. 47).

2. The last day to oppose discharge is June 20, 2023 (ECF No. 48).

3. A meeting of creditors was held today, June 13, 2023, but was continued *sine die* due to several pending matters and documents that were requested from the Debtor (ECF No. 66).

4. Until the meeting of creditors is concluded and the United States Trustee reviews all pending documents, she cannot appropriately determine whether the filing of a motion to dismiss or convert under §§ 706, 707 and/or a complaint to object to the discharge of the Debtor under § 727, is appropriate in this case.

5. Therefore, for the foregoing reasons the United States Trustee respectfully requests that the Court extend the objection to discharge deadline for 60 days, that is, until August 20, 2023.

**WHEREFORE**, the United States Trustee respectfully requests that the Honorable Court extend the deadline for 60 days, from June 20, 2023 until August 13, 2023, for her to file any appropriate motions under §§ 706, 707 and/or a complaint to deny the discharge of the Debtor under § 727 of the Bankruptcy Code.

UNITED STATES TRUSTEE'S MOTION REQUESTING EXTENSION OF TIME
IN RE: CARLOS MANUEL SANTOS SERRANO, CASE NO. 22-02969 (ESL). Page 2 of 2

# CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants.

DATED: June 13, 2023.

           **MARY IDA TOWNSON**
           United States Trustee

           **MONSITA LECAROZ ARRIBAS**
           Assistant United States Trustee

By: *s/ José Capó Iriarte*
     Trial Attorney
     USDC-PR No. 227901
     U.S. DEPARTMENT OF JUSTICE
     Office of the U.S. Trustee
     500 Tanca Street, Suite 301
     San Juan, Puerto Rico 00901-1922
     Tel.: (787) 729-7444
     Fax: (787) 729-7449