**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: | Case No. **22–02969 ESL** |
| **CARLOS MANUEL SANTOS SERRANO** | Chapter **7** |
| xxx–xx–4625 | |
| Debtor(s) | FILED & ENTERED ON 6/27/23 |

*ORDER*

United States Trustee for Region 21's motion requesting extension of time to object to the Discharge of Debtor and/or to determine Dischargeability of a Debt and/or to file a motion to dismiss under §707(b) (docket entry #67) is hereby Granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, June 27, 2023 .

Enrique S. Lamoutte
United States Bankruptcy Judge